```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ALI MAJED SOUDI ALFAR,

                Petitioner,

- against -

ANDREA QUARANTILLO, ET AL.,

                Respondents.

22-cv-10260 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The respondents are directed to answer the petition for review (ECF No. 7) by **August 22, 2023**.

    The petitioner is directed to serve a copy of this order on the respondents by **August 8, 2023**, and to promptly note such service on the docket of the Court.

SO ORDERED.

Dated:   New York, New York
           August 1, 2023

                                            _____
                                            John G. Koeltl
                                        United States District Judge