UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALI MAJED SOUDI ALFAR,

               Petitioner,        22-cv-10260 (JGK)

    - against -             ORDER

ANDREA QUARANTILLO, ET AL.

               Respondents.

---

JOHN G. KOELTL, District Judge:

    The time for the defendant to answer was August 22, 2023. ECF No. 12. To date, no answer has been filed.

    The time for the defendant to answer or respond to the petition is extended to **September 13, 2023.**

SO ORDERED.

Dated:    New York, New York
            September 5, 2023

                                                John G. Koeltl
                                       United States District Judge