UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALI MAJED SOUDI ALFAR,
                Petitioner,          22-cv-10260 (JGK)

    - against -                   ORDER

ANDREA QUARANTILLO, ET AL.,
                Respondents.

---

JOHN G. KOELTL, District Judge:

    The deadline for the petitioner to file a reply, if any, is December 5, 2023.

SO ORDERED.

Dated:    New York, New York
           November 14, 2023

                                              _____
                                              John G. Koeltl
                                           United States District Judge