UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALI MAJED SOUDI ALFAR,
                          Plaintiff(s)

              22 civ 10260 (JGK)

      -against-

ANDREA QUARANTILLO,
                         Defendant(s).
-------------------------------------------------------------X

## ORDER

A petition for review of denial of naturalization pending before this Court,

The conference scheduled for December 6, 2023, is canceled.

**SO ORDERED.**

                                                        **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 28, 2023