UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALI MAJED SOUDI ALFAR,

        Petitioner,

- against -

ANDREA QUARANTILLO, ET AL.,

        Respondents.

22-cv-10260 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The deadline for the petitioner to file a reply, if any, is extended to **December 15, 2023**.

SO ORDERED.

Dated:    New York, New York
           December 7, 2023

                                      John G. Koeltl
                                    United States District Judge