UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALI MAJED SOUDI ALFAR,

                Petitioner,

      22-cv-10260 (JGK)

- against -

      ORDER

ANDREA QUARANTILLO, ET AL.,

                Respondents.

---

JOHN G. KOELTL, District Judge:

The petitioner is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed petition for review of a denial of an application for naturalization. ECF No. 7.

SO ORDERED.

Dated:    New York, New York
            December 18, 2023

                                            John G. Koeltl
                                   United States District Judge