

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

March 22, 2024

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
3/22/24

Re:   *Ali Majed Soudi Alfar v. Quarantillo, et al.*, 22 Civ. 10260 (JGK)

Dear Judge Koeltl:

    This Office represents the government in the above-referenced action brought pursuant to 8 U.S.C. § 1421(c), in which plaintiff challenges the denial by U.S. Citizenship and Immigration Services ("USCIS") of his Application for Naturalization (Form N-400) after he appeared for an interview related to this application. I write respectfully on behalf of the parties to seek a 30-day extension of the parties' deadline to file a letter proposing a schedule for anticipated motion practice (i.e., from March 25, 2024, to April 25, 2024).

    As the government previously explained, the parties had been negotiating a consensual resolution of this matter, but unfortunately those discussions were not fruitful. ECF No. 29. Then on March 11, 2024, this Court granted plaintiff's motion for substitution of counsel. ECF No. 34. Since that time, this Office has been in ongoing discussions with plaintiff's new counsel, USCIS, and the Department of Homeland Security, and the parties believe that further discussions may be able to resolve this matter outside of litigation. Accordingly, the parties respectfully request that the Court grant another brief extension so that the parties may continue their negotiations.

    I thank the Court for its consideration of this request.

Honorable John G. Koeltl
Page 2

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

By: *s/ Courtney E. Moran*
     COURTNEY E. MORAN
     Special Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Telephone: (917) 836-0126
     E-mail: courtney.moran@usdoj.gov
     *Attorney for Defendants*

cc:    *Counsel for Plaintiff* (by ECF)