```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ALI MAJED SOUDI ALFAR,

                  Petitioner,

        - against -

ANDREA QUARANTILLO, ET AL.,

                  Respondents.

22-cv-10260 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The plaintiff's request to file an amended complaint is granted without prejudice to any defenses the defendants may have against the amended complaint. When the plaintiff files the amended complaint, the plaintiff shall file a red-lined copy showing the changes from the current complaint. The amended complaint must be filed by **May 17, 2024**. The time for the defendants to respond to the amended complaint is **June 17, 2024**. No pre-motion conference is necessary before the filing of a motion responding to the amended complaint. Any response to such a motion is due by **July 17, 2024**. Any reply is due by **August 5, 2024**. If no motion is filed, the parties should file a Rule 26(f) report by **July 17, 2024**.

    The conference scheduled for **May 8, 2024**, is canceled.

SO ORDERED.

Dated:    New York, New York
            May 2, 2024

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                         United States District Judge