**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 10, 2024

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**

6/11/24
John G. Koeltl, U.S.D.J.

Re:   *Ali Majed Soudi Alfar v. Quarantillo, et al.*, 22 Civ. 10260 (JGK)

Dear Judge Koeltl:

    This Office represents the government in the above-referenced action brought pursuant to 8 U.S.C. § 1421(c), in which plaintiff challenges the denial by U.S. Citizenship and Immigration Services ("USCIS") of his Application for Naturalization (Form N-400). I write respectfully to request a 10-day extension of the government's deadline to respond to plaintiff's amended complaint (ECF No. 45). Because the government intends to file a motion to dismiss plaintiff's amended complaint, I further request corresponding extensions of the parties' response and reply deadlines set out in ECF No. 43. The new proposed briefing schedule would be:

- The government's motion to dismiss due by June 27, 2024;
- Plaintiff's response due by July 29, 2024; and
- The government's reply due by August 16, 2024.

    This Office respectfully requests this extension because it needs additional time to confer with USCIS and to finalize its papers in support of its motion to dismiss the amended complaint. This is the government's first request for an extension of its deadline to respond to the amended complaint, and plaintiff consents to this request.

    I thank the Court for its consideration of this request.

Honorable John G. Koeltl
Page 2

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney

                              By: *s/ Courtney E. Moran*
                                        COURTNEY E. MORAN
                                        Special Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Telephone: (917) 836-0126
                                        E-mail: courtney.moran@usdoj.gov
                                        *Attorney for Defendants*

cc:      *Counsel for Plaintiff* (by ECF)