**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 25, 2024

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**

John G. Koeltl, U.S.D.J.
6/26/24

Re:   *Ali Majed Soudi Alfar v. Quarantillo, et al.*, 22 Civ. 10260 (JGK)

Dear Judge Koeltl:

This Office represents the government in the above-referenced action brought pursuant to 8 U.S.C. § 1421(c), in which plaintiff challenges the denial by U.S. Citizenship and Immigration Services ("USCIS") of his Application for Naturalization (Form N-400). I write respectfully to request a 22-day extension of the government's deadline to respond to plaintiff's amended complaint (from June 27, 2024, to July 19, 2024). The government respectfully requests this extension because it intends to file a motion to dismiss plaintiff's amended complaint, and undersigned counsel needs additional time to confer with USCIS and to finalize the government's papers in support of its motion to dismiss. Furthermore, undersigned counsel will be out of the country on previously scheduled leave from June 30 to July 13, 2024.

This is the government's second request for an extension of its deadline to respond to the amended complaint, and plaintiff takes no position on this request. If the Court grants the government's request, plaintiff would request a deadline of September 3, 2024, to respond to the government's anticipated motion to dismiss. The government would consent to plaintiff's request, and thus proposes the following briefing schedule:

- The government's motion to dismiss due by July 19, 2024;
- Plaintiff's response due by September 3, 2024; and
- The government's reply due by September 24, 2024.

I thank the Court for its consideration of this request.

Honorable John G. Koeltl
Page 2

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

By: *s/ Courtney E. Moran*
     COURTNEY E. MORAN
     Special Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Telephone: (917) 836-0126
     E-mail: courtney.moran@usdoj.gov
     *Attorney for Defendants*

cc:    Counsel for Plaintiff (by ECF)