UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALI MAJED SOUDI ALFAR,                          22-cv-10260 (JGK)

            Petitioner,                   ORDER

    - against -

ANDREA QUARANTILLO, ET AL.,

            Respondents.

---

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the amended complaint (ECF No. 52).

SO ORDERED.

Dated:    New York, New York
          October 2, 2024

                                  John G. Koeltl
                            United States District Judge