UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALI MAJED SOUDI ALFAR,

                Petitioner,

   -against-                              22 **CIVIL** 10260 (JGK)

## JUDGMENT

TAMIKA GRAY, ET AL.,

                Respondents.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 31, 2024, the defendants' motion to dismiss is granted. Generally, leave to amend should be freely granted. See Foman v. Davis, 371 U.S. 178, 182 (1962). Leave to amend should be granted in the absence of "evidence of undue delay, bad faith or dilatory motive on the part of the movant, undue prejudice to the opposing party, or futility." Monahan v. N.Y.C. Dep't of Corr., 214 F.3d 275, 283 (2d Cir. 2000). For the reasons provided in the opinion, any amendment would be futile. The Amended Petition is therefore dismissed with prejudice.

**Dated:** New York, New York

       November 01, 2024

                                                  **DANIEL ORTIZ**
                                        **Acting Clerk of Court**

                           **BY:**

                                        **Deputy Clerk**